

**Lone Star Legal Aid**
**EQUITABLE DEVELOPMENT INITIATIVE**

**PAUL E. FURRH, JR.**
Attorney at Law
Chief Executive Officer

**ERNEST W. BROWN, JR.**
Attorney at Law
Deputy Director

**SAPNA AIYER**
Directing Attorney

**HEATHER KEEGAN**
Director of Litigation

**AMY DINN**
**KIMBERLY BROWN MYLES**
Litigation Directors

**CAROLINE CROW**
**NOOR MOZAFFAR**
**CHASE PORTER**
Staff Attorneys

**Houston Address:**
1415 Fannin, 2nd Floor
Houston, TX  77002

(713) 652-0077 x 8108 Telephone
(800) 733-8394 Toll-free

October 6, 2025

**VIA CM/ECF**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**RE:   Notice of Submission of Standing Declarations;** *Citizens for Clean Air and Clean Water v. Department of Transportation, et al.***, Case No. 25-60202 (On Petition for Review from Maritime Administration MARAD-2019-0093)**

Dear Clerk of Court.

Petitioner Citizens for Clean Air & Clean Water hereby submits as attachment to this letter the standing declarations referenced in its principal brief.

Petitioner submits these declarations to satisfy its burden to "prove each element of standing with specific facts supported by affidavit." *Owner-Operator Indep. Drivers Ass'n v. U.S. Dep't of Transp.*, 831 F.3d 931, 966 (8th Cir. 2016); *see also ACORN v. Fowler*, 178 F.3d 350, 356 (5th Cir. 1999).




Respectfully submitted,

*s/ Amy Catherine Dinn*
Amy Catherine Dinn, TX 24026801
Caroline Crow, TX 24118360
Lone Star Legal Aid
1415 Fannin
Houston, Texas 77002
T: (713) 652-0077, ext. 8108
adinn@lonestarlegal.org
ccrow@lonestarlegal.org

Mike Brown, TX 24118170
Bridgett McCoy, LA 41091
900 Camp Street, Unit 303
New Orleans, LA 70130
T: (504) 910-1735
mlbrown@earthjustice.org
bmccoy@earthjustice.org

*Counsel for Petitioner*
*Citizens for Clean Air and Water in*
*Brazoria County d/b/a Better Brazoria*

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2025, I electronically filed the foregoing Notice of Submission of Standing Declarations with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users, including the undersigned counsel for the Respondents.

EZEKIEL A. PETERSON
Attorney
Environment & Natural Resources Div.
U.S. Department of Justice
999 18th St, North Terrace, Suite 600
Denver, CO 80202
ezekiel.a.peterson@usdoj.gov

*Counsel for Respondents*

                                        *s/ Amy Catherine Dinn*
                                        Amy Catherine Dinn, TX 24026801

# TABLE OF CONTENTS

AJ Jinkins                                      **TAB 1**

Laura Jinkins                                   **TAB 2**

Melanie Oldham                                  **TAB 3**

Sue Page                                        **TAB 4**

Donna Robinson                                  **TAB 5**

# TAB 1

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

CITIZENS FOR CLEAN AIR AND
CLEAN WATER IN BRAZORIA
COUNTY, TEXAS,

    *Petitioner,*

v.

U.S. DEPARTMENT OF
TRANSPORTATION, et al.,

    *Respondents.*

Case No. 25-60202

## <u>DECLARATION OF AJ JINKINS</u>

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is AJ Jinkins, and I am over 18 years of age.

2. The information in this declaration is based on my personal knowledge, and the facts stated herein are true and correct.

### *I am a long-time resident of Jones Creek, Texas.*

3. I currently reside at 6903 Stephen F. Austin Rd., Jones Creek, Texas, about a mile and a half from the proposed Jones Creek tank farm for GulfLink.

4. I have been a resident of Jones Creek, Texas for about 25 years. I love living out here in a rural area because it is beautiful and we don't have to deal with pollution and noise residents do in the city. It's the kind of place where we

Page **1** of **11**

take care of each other. We don't ask a lot from the outside—we deal with our own problems together—so we want to be left to decide things for ourselves.

5. My home is located about a mile and a half from the proposed tank farm associated with the deepwater port Texas GulfLink, LLC applied for, and close to the Justin Hurst Wildlife Management Area, which the proposed pipeline will go through. Like most homes in Jones Creek, our water comes from a groundwater well. I occasionally go for walks in the Justin Hurst Wildlife Management Area and will do so in the future. After a lot of work, my wife and I have gotten the house almost perfect. We hope for many more happy years here in Jones Creek.

6. I am worried that the tank farm planned for a mile and a half from my house will make flooding even worse, which could damage our property and our neighbors' property, and that any sort of leaks or runoff will go into our drinking water.

### *I am a community leader in Jones Creek, Texas.*

7. I have been an Alderman on the Jones Creek City Council for over a decade. At first, I was asked to join the City Council to fill a vacancy, and then I kept running because I liked giving back to the community and speaking for my constituents.

8. I am also a teacher at Sweeny Junior High, and active in my church where I founded a ministry that does handy man work for members of the community.

### *I am a member of Better Brazoria.*

9. I joined Better Brazoria after I met some of the Better Brazoria members at a town hall. My wife, Laura Jinkins, and I decided we wanted to get more involved and active, so we joined the group.

### *I have formally opposed GulfLink as both a private citizen and as an alderman of Jones Creek, Texas.*

10. I spoke at the Zoom hearing the Coast Guard and MARAD hosted on September 13, 2024 on my own behalf and on behalf of the Government of Jones Creek. I told the federal agencies "I am opposed. The city is opposed." MAR.0091989.

11. During the hearing I talked about how the people I know in the community are worried about "air pollution [and] ground water pollution," because most people in the community are on wells and septic systems. MAR.0091988.

12. I also mentioned how "the Village has been dealing with [flooding] for about 25 years," and we do not know what this facility, with the berm around it, will do to our flooding issues. MAR.0091989.

13. As an Alderman, I have voted for resolution after resolution the City Council has passed opposing this project. The first resolution passed in 2019.

*Construction of the tank farms will disrupt my daily life and the lives of my neighbors and make the town uglier and louder than it is now.*

14. GulfLink says that the construction will take 18 months, with construction operations six days a week for 12 hours a day, but we all know that construction delays happen, and it likely take longer. Also, GulfLink says that there may be dozens of truck trips a day for the onshore construction.

15. I'm worried about what will happen to our roads. Our roads, like Peach Point Road which GulfLink would use to get to the tank farm site, are made for residential traffic, not heavy trucks. They're asphalt, not concrete. The trucks will make them deteriorate very quickly.

16. The roads are also country roads; they're narrow. With all these trucks, people, including me, won't be able to get by and get in and out of their homes. We will have a hard time getting to work or go to our local businesses.

17. This is why the town has rules about 18-wheelers traveling in Jones Creek, so GulfLink would need special permits to access the roads they want to.

18. We're a Purple Heart town. We have veterans who were injured in wars who have medical issues and may need to get medevacked. With trucks blocking roads, the access to our helipad will be inhibited.

19. As a resident, all of the construction and traffic will make my beautiful town unsightly and unpleasant. The dust from the construction, the mud on the

roads, the unsightly construction, and the noise from the heavy machinery will be unbearable.

20. This is a residential area; people live here. I live here because I like the peace and quiet of living in the country. This will make Jones Creek feel like I'm living in the middle of an industrial zone.

### *GulfLink would make the flooding in my community worse and frustrate the effort I have put in as an alderman and a member of the community to protect Jones Creek from flooding.*

21. Our ability to keep things from flooding in Jones Creek has always been tenuous, but it has gotten worse in recent years. My house is on a ridge, but during the last flood, the water came up to this side of the highway on our street, which never happened before.

22. The tank farm would be on pastureland and forest. When the water has somewhere to go, like the woods and pastureland, we're safe, but GulfLink would put a floodwall around that pasture, and the water would have nowhere to go but into the town and our neighbors' properties.

23. As an Alderman, one of my duties is to protect my community and my neighbors' property from damage related to flooding.

24. We talk about the threat of the flooding at every city council meeting, and we are doing all sorts of things to curb its effects. We're constantly putting in new ditches, culverts, and alcoves to absorb the water.

25.  I, and my fellow members of City Council, occasionally walk through the Justin Hurst Wildlife Management Area to check for debris to make sure it can absorb the community's flood waters. Without access to that land, we would be impaired in our ability to monitor the area, and would have to rely on tools like Google Earth, and take landowners on their word that they are keeping the creek and flood infrastructure clear of debris and functional.

26.  After Hurricane Harvey, I founded a ministry at my church, Hope for Homes, where every 1-2 weeks we go out into the community to help folks with home repairs. After flooding, we pitch in and help our neighbors clean out their homes.

27.  We spend days chopping trees, running electricity, getting generators and the like.

28.  One of the biggest things after a flood is the mud. Sometimes there will be 1-2 feet of mud inside people's houses, and we'll help them muck the mud out and clean up their house.

29.  Seeing your friends' homes devastated, it is heartbreaking, but we help each other and ask very little from the world. The morning after Hurricane Beryl, everyone who had a chainsaw or tractor or anything like that came out of their homes and we all pitched in together. We removed thirteen trees from the road

in one day. I've lived in places like this my whole life and any place you have these tragedies, people will come together and bless each other.

30. When I went to an informational meeting about the GulfLink project, they showed us pictures of the huge tanks that would cover the ground, blocking the water from going into the earth. They also plan to build a big dam that looks like a train berm, which will direct the water away from the tank farm another location, and like our residential neighborhoods. It's pretty obvious to anyone that went through fourth grade science that the water has to go somewhere, and that somewhere will include people's homes.

31. I heard that the tank farm's berm would overtop with a Category 3 hurricane, which is laughable. How is that supposed to protect the town? Also, categories of hurricanes don't predict how much flooding we'll get. Hurricane Beryl was a Category 1 that just moved slowly and dumped a ton of water, causing some of the worst flooding I've ever seen in Jones Creek.

32. I know that GulfLink has done studies about flooding, but studies can't predict everything. You have to look at the bigger picture, and I'm sure the people who live in these houses that flood probably know more about flooding in Jones Creek than the engineers.

33. The field has tupelo trees and other plants that like to live in areas where water collects, and you're going to pave that over, wall it off, and think the water won't go somewhere else?

34. Based on all that I have seen and learned as an Alderman, helping out after floods, and as a long-term resident, this tank farm will make flooding even worse in Jones Creek. This will worsen my quality of life, make my job protecting the community harder, and put us all at greater risk in storms.

*I'm most worried that leak at the tank farm would leave us without clean water to drink.*

35. I, like most people in Jones Creek, am on a groundwater well. Any kind of spills or leaks have a high potential to impact the ground water.

36. Running oil like they plan on doing, through pipes, into containers, and out of the containers, leakage and spills are inevitable, and it will get into the water. That's the nature of liquid.

37. If there is a flood that goes into the tank farm, or there's a Category 3 Hurricane or worse, God only knows. What happens if there is an equipment failure, especially since the facility is not designed to withstand a flood from a major hurricane? Have they maintained everything properly? Are the tanks going to leech? Will there be runoff that goes into the ground? Will equipment break? If any of that happens, it will not only go into our drinking water, but all of that will flow into Jones Creek.

38. I would hate to see Jones Creek become another Flint, Michigan.

***I am concerned about other kinds of pollution and their impact on my health and on Jones Creek, Texas.***

39. This project has all of those federal no-no's like air pollution and light pollution.

40. I live behind Dow Chemical, and every once in a while we get a siren and we have to go in our house because of a chlorine leak. It doesn't happen so often now.

41. What happens if there is a spill, leak, or a fire at the tank farm? Will we have to evacuate then? Will we get even more sirens and warnings that keep us in our homes?

42. The tank farm is going to have a lot of light and noise. The light pollution would be obvious and easy to see. We live out here in the country to be away from all that light and noise. This tank farm would make our community more industrial and might lower property values.

***I worry about what will happen to Jones Creek if SPOT and GulfLink are both built.***

43. I am concerned about the obvious environmental harm of having two of these things next to each other, but also what so much industry will do to the character of my home.

Page **9** of **11**

44. I don't want people to drive into town, see the "Welcome to Jones Creek" sign and just see tank farms and industry.

45. We're trying to be and build a community in the country, staying to ourselves and helping each other out.

46. Two of these big ports will increase the industrial presence in Jones Creek. We'll have more trucks on Highway 36, and it would likely attract even more industry.

47. There's already one tank farm in the Justin Hearst wildlife reserve. We would get another farm from GulfLink. What happens next?

48. We didn't ask for this. The benefits aren't staying here. We will lose the rural beauty of our town and its tight-knit culture.

*I, and most of Jones Creek, do not want this tank farm to come here and change our community.*

49. Almost everyone in Jones Creek is against this project. I don't think there is anyone in the community that wants it to come here.

50. If it is going to happen, I kind of almost feel powerless, and I am an Alderman. I'm supposed to be in a position of power to protect Jones Creek. This is a bad place to put a tank farm. Get it out of where Jones Creek is growing, where it will affect our groundwater.

51.     Jones Creek is beautiful, and the vision I have for us that it grows in a positive way. I don't want the first thing you see when you enter the town to be all this industry.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___4th___ day of ___October_____, 2025.

Signed by:

470D0B43C5804AE...

AJ Jinkins
Member, Citizens for Clean Air &
Clean Water in Brazoria County,
Texas d/b/a Better Brazoria

# TAB 2

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

CITIZENS FOR CLEAN AIR AND
CLEAN WATER IN BRAZORIA
COUNTY, TEXAS,

    *Petitioner,*

v.

U.S. DEPARTMENT OF
TRANSPORTATION, et al.,

    *Respondents.*

Case No. 25-60202

## DECLARATION OF LAURA JINKINS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.    My name is Laura Jinkins. I am over 18 years of age.

2.    The information in this declaration is based only on personal knowledge and the facts herein stated are true and correct.

### *I am a long-time resident of Jones Creek, Texas.*

3.    I have been a resident of Jones Creek for over 25 years. I reside at 6903 Stephen F. Austin Rd., Jones Creek, Texas, about a mile and a half away from GulfLink's proposed tank farm.

Page **1** of **8**

4.     I have my own business selling custom window treatments, and I offer in-home measurements.

5.     I love Jones Creek. It is a special community—we take care of each other here and I enjoy the peace and quiet of being in the country. I also love how important Jones Creek is in Texas history, even though it is so tiny.

6.     I worry about GulfLink's tank farm and pipeline disrupting my daily life, reducing my property value, worsening flooding, and polluting my well water. That's why I decided to take action, voicing my opposition at a GulfLink hearing, signing petitions with my neighbors who are also opposed, and also submitting this declaration to the court.

### *Membership in Better Brazoria.*

7.     I am a member of Better Brazoria (also known as Citizens for Clean Air & Clean Water in Brazoria County) because I wanted to voice my opposition to GulfLink, especially with all this other industry coming in. The tank farm that is already built by the Justin Hearst Wildlife Management Area, and the bigger highway expansion made so more trucks travel to and from Freeport, are already interrupting Jone's Creek's quiet country culture.

8.     I spoke at the Zoom hearing the Coast Guard hosted on September 13, 2024. MAR.0091191-92. Better Brazoria gathered community members together to participate at the First Baptist Church in Jones Creek, and my husband and I

attended. I was not initially planning to speak, but after hearing so many others, I felt it was important to share my views.

9. I talked about the flooding after Hurricane Harvey in 2017. MAR.0091991-92. How we worried about whether the waters would reach our houses. How, for months and months afterwards the trees in town had high watermark stains from the storm. A friend of mine could no longer drive down certain roads in town because her daughter would cry every time she saw the highwater marks.

10. I said and still believe that it is wrong to put something in that place that threatens the lives and the livelihoods and the homes and the memories of the people who have lived here for so long. MAR.0091992.

11. My husband and I also signed a 2019 petition of Jones Creek residents who oppose GulfLink. The petition stated how there have been hundreds of accidents at tank farms over the past four decades, often due to natural causes, making tank farms unsuitable for a residential area. The petition also explained how the tank farm and surrounding levee would displace floodwaters into the residential parts of town. MAR.0106803; MAR_0106806.

### *The GulfLink construction would disrupt my life.*

12. We are weary of construction, and we don't want any more construction.

13. We've been dealing with the widening of the highway that runs through the middle of Jones Creek (Hwy 36) for several years now. I, and my neighbors, use this road almost every day. The construction makes traffic worse and dangerous. For example, earlier on, there were piles of construction debris everywhere which reduced visibility, making it unsafe to get around town. I contacted Zachry Construction to complain because one morning as I attempted to pull out onto Highway 36, I had difficulty seeing around their construction materials. I almost got hit by oncoming traffic. Little changed.

14. Because Hwy 36 is the main road through town, and the GulfLink tank farm would be just off it on Peach Point Road. GulfLink's construction activity would only add to this awful traffic situation. There would be heavy trucks, dust, and there's not really any good way to "reroute" traffic. There are no alternate routes through Jones Creek. It's just Hwy 36 with parallel residential.

15. The tank farm and other GulfLink construction would be miserable—twelve hours a day, six days a week, for at least a year and a half. It would cause air pollution and disrupt our ability to get in and out of our community during the months and years that GulfLink says it will need to build out the tank farm and pipeline.

16. I don't like the idea that when we get done with the highway construction we might have to deal with GulfLink. It would make my daily life more difficult,

Page **4** of **8**

having to deal with the combined traffic, noise, and pollution from construction.

***The GulfLink Tank Farm would increase flooding in Jones Creek and threaten the water quality of my well water.***

17. The tank farm would be built on a property with cow pasture and a forest, on the other side of the road from a residential neighborhood in Jones Creek, and about a mile and a half from my house.

18. I know that industry puts a lot of bread and butter on people's tables, and my father and uncle worked for industry, but there must be a better place to put this than in our backyards.

19. No one wants to walk outside their door and see those tanks. That's why property values go down whenever industry comes in. Whenever I drive down the road, I'll see giant tanks instead of a pasture lined with poplar trees and live oaks. It's not unusual to see deer out there right now, but the deer will be gone if the tank I will have to see that beautiful rural land changed into oil tanks, for decades. This will be on my mind every time I drive by the tank farm.

20. But the main thing I'm worried about is flooding. Anything that takes up that land where water should be able to go back into the water table will make the flooding worse. The open land and forest on Peach Point Road currently acts

Page **5** of **8**

as a sponge whenever we get a heavy rain. The tank farm would replace all that with concrete and storm walls.

21. I remember when I went to the hearing, the GulfLink people talked about how big the tanks are, how much they would hold. They're massive. They talked about retention ponds, but I don't think you can build a retention pond that offsets how big the tank farms are. You can't offset the amount of water that the land, when left alone like it is now, currently absorbs to protect us.

22. If you put this tank farm that close to our houses, the water doesn't have a place, other than our neighborhoods, to go when we have a hurricane or during the rainy season. The proximity is very concerning.

23. Also, we're on a well, like most people in Jones Creek, and my water quality is important to me. Only a small number of people are on Trent Waterworks, and the water provided by Trent is terrible. We want to protect our wells so we don't have to connect to Trent Waterworks.

24. If something leeches into our groundwater, we might have to go off our well and go onto the Waterworks.

25. People are getting sick and dying from pollution. I read and heard that Brazoria County has a higher-than-average cancer rate in Texas. I don't want to have even more pollution, especially in my water.

***I worry that having two of these deepwater ports next to each other will change Jones Creek.***

26. I'm concerned that they are going to put two of these big ports right next to each other. Accidents happen. If they cut corners, and put two of them close together, that only makes the risk even higher.

27. You hear about these chemical plants and oil plants— for several of them over the course of my childhood and young adulthood. He was very concerned about safety when he worked in the industry. When these companies play loosey-goosey with the rules, it puts the employees, the company, the environment at risk.

28. I also worry about industry swallowing up our town. When our daughter was little, she took piano lessons, and she had one of her recitals in a little Baptist church in Old Ocean, Texas. When the old Conoco Phillips plant expanded, that little Baptist church was torn down, along with the rest of the town.

29. The plants literally consumed the town. Old Ocean just disappeared.

30. That is part of what is concerning about industrial creep—is Jones Creek going to disappear?

31. As tiny as Jones Creek is, it has an important role in Texas history. Stephen F. Austin's sister moved here at his request and he always considered Jones Creek his home, even as he traveled around Texas during the battle for Texas Independence. There are a lot of Texans who played important roles in Texas

history buried in the Gulf Prairie Presbyterian Cemetery on Gulf Prairie Road, just across the highway from Peach Point Road and the proposed tank farm location. Jones Creek has been designated a "Purple Heart Town" because so many of our residents are military veterans who have served our nation bravely for decades, for as long as Jones Creek has existed in the early 1800s. It would be horrible for that to be as if it never was.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __4th__ day of _____October_____, 2025.

Signed by:

*Laura Jinkins*

96ADA7D9D6C545A...

Laura Jinkins
Member, Citizens for Clean Air &
Clean Water in Brazoria County,
Texas d/b/a Better Brazoria

**TAB 3**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

CITIZENS FOR CLEAN AIR AND
CLEAN WATER IN BRAZORIA
COUNTY, TEXAS

    *Petitioner,*

*v.*

U.S. DEPARTMENT OF
TRANSPORTATION, et al.,

    *Respondents.*

Case No. 25-60202

## <u>DECLARATION OF MELANIE OLDHAM</u>

Pursuant to 28 U.S.C.§ 1746, I, Melanie Oldham, hereby declare as follows:

1. My name is Melanie Oldham. I am over 18 years of age.

2. The information in this declaration is based on my personal knowledge, and the facts stated herein are true and correct.

### *I am a long-time resident of the City of Freeport, Texas.*

3. I am a current resident of Freeport, Texas and lived in Freeport for over 15 years.

4. I have been a resident of Brazoria County for over 40 years.

### *My public participation with GulfLink.*

5. As a resident of Freeport in Brazoria County, I have been aware of Texas GulfLink, LLC's ("Texas GulfLink") proposed deep water port project

("Project") by Sentinel Midstream, LLC since it was announced in 2019. During the environmental review process for the Project, I participated in the public hearings and submitted public comments on the Project to the U.S. Maritime Administration ("MARAD").

6.     My current residence is approximately 4 miles from the proposed pipeline for the Texas GulfLink Project in Brazoria County.

7.     I am involved in a number of different local environmental advocacy groups.

8.     I have been a public health environmental advocate for over 20 years.

9.     In 2014, I founded Citizens for Clean Air & Clean Water in Brazoria County, Texas ("CCACW"). I have been a member of organization since its inception.

10.    Citizens for Clean Air & Clean Water in Brazoria County, Texas is a nonprofit organization incorporated under the laws of the State of Texas. As of January 2023, the organization does business under the name of Clean Air and Water: Better Brazoria ("Better Brazoria").

11.    I have served as the Chair of Better Brazoria from its inception in 2014 to 2024. I also served as a director on the board through the end of December 2024.

12.    Since January 2025, I have served as the organization's first Executive Director.

13. As the Executive Director of Better Brazoria, I can confirm that the other members submitting declarations in this proceeding, AJ Jinkins, Laura Jinkins, Sue Page, and Donna Robinson, were members in good standing of Better Brazoria from at least the date we filed the petition for review in this case and remain so.

14. The organization was specifically formed to educate Freeport residents about environmental issues and to advocate for solutions to protect and improve air and water quality.

15. Better Brazoria distributes information to the public and holds public meetings to raise environmental issues that impact residents of Freeport and the surrounding areas in Brazoria County.

16. For example, Better Brazoria regularly holds community meetings to raise awareness about potentially harmful air and water pollution events in Freeport. I have regularly hosted and attended these membership meetings or specially called meetings by Better Brazoria about certain projects like Texas GulfLink and the Sea Port Oil Terminal ("SPOT").

17. As part of its advocacy work, Better Brazoria regularly communicates with the Texas Commission on Environmental Quality ("TCEQ") and other state and local governmental entities to keep abreast of the latest developments in the area and to engage with the public participation component of

Case: 25-60202   Document: 36   Page: 30   Date Filed: 10/10/2025

environmental permitting by submitting comments and hearing requests on air and water quality permits impacting Brazoria County, Texas with the goal of encouraging pollution control and reduction for the surrounding industry.

18. Since early 2020, Better Brazoria has been engaged in advocacy on the GulfLink Project. I have participated in various events organized by Better Brazoria to bring awareness to the GulfLink Project. In the last four years, I recall attending meetings or events related to the GulfLink Project organized by Better Brazoria and other advocacy groups.

19. From 2020 to 2024, I authorized the filing of written comments (cited below) on behalf of the organization, then identified as CCACW, on the Texas GulfLink Project by the organization's legal counsel, Lone Star Legal Aid.

20. As a representative of Better Brazoria and as an individual resident of Freeport, I also participated in the following public meetings regarding the Texas GulfLink Project and provided oral comments on the Texas GulfLink project as part of the Administrative Record: (1) December 17, 2020 Public Meeting on the DEIS in Lake Jackson (in person) MAR.0127964-69; (2) October 14, 2021 Public Meeting on the SDEIS (virtual) MAR.0091461-64; and (3) September 13, 2024 Final Hearing on Texas GulfLink Project (virtual). MAR.0091976-78.

Page **4** of **17**

21. On January 22, 2021, CCACW submitted written comments on the Texas GulfLink Draft Environmental Impact Statement ("DEIS") via www.regulations.gov (Docket No. MARAD 2019-0093). MAR.0124153-124216. In addition to highlighting that the statutory deadlines under the DWPA for approval of the Texas GulfLink Project had expired, MAR.0124163-65, CCACW argued that the SDEIS suffered from procedural deficiencies, such as its lack of availability at public libraries and the startling lack of outreach in the local community, especially in areas of limited English proficiency. MAR.0124159-61.

22. On November 8, 2021, CCACW submitted additional written comments on the Texas GulfLink Draft Environmental Impact Statement ("DEIS") via www.regulations.gov (Docket No. MARAD 2019-0093) when the comment period was reopened. MAR.0124153-216. These comments reflected the concerns of the community of Freeport, which is an environmental justice community, because of the impacts the proposed project would have on Freeport residents and other members of the CCACW. In addition to raising concerns about two deep water ports being located in the same application area under the Deepwater Port Act of 1974 ("DWPA"), MAR.0124165-67, CCACW comments complained that the DEIS was not compliant with the National Environmental Policy Act ("NEPA") in that it failed to:

a. Address potential impacts on local drinking water, MAR.0124172, 0124178-89,

b. Fully address the potential for oil spills and their impacts, MAR.0124194-98,

c. Address the cumulative impacts of the facility on an already heavy burdened environmental justice community, MAR.0124154-58,

d. Fully consider local opposition to the siting of the facility, MAR.0124169-71,

e. Address the impacts of spills and leaks to local beaches including Bryan Beach and Surfside Beach, MAR.0124181-85,

f. Address concerns about lax regulation among existing deepwater ports, MAR.0124206-207,

g. Adequately address air quality impacts from the project, MAR. 0124207-209,

h. Address compliance with the Texas Coastal Management Program, MAR.0124209-212, and

i. Address the abandonment of current pipelines as well as the legality and costs associated with such abandonment. MAR.124213-216.

23. On November 30, 2022, CCACW submitted additional written comments on the Project's Supplemental Draft Environmental Impact Statement ("SDEIS")

via www.regulations.gov (Docket No. MARAD 2019-0093) when the comment period was reopened. MAR.0142580-604. These comments raised community-based concerns similar to those addressed in response to the DEIS, for example: cumulative impacts (MAR.0142584-87), air quality (MAR.0142592-93), and flooding (MAR.0142588-91).

24.    On August 30, 2024, CCACW submitted written comments on the Texas GulfLink Final Environmental Impact Statement ("FEIS") via www.regulations.gov (Docket No. MARAD 2019-0093). MAR.0112341-67. In addition to highlighting that the Deep Water Port Act prevented two facilities being licensed in the same service area, MAR.0112343-56, CCACW's comments raised additional concerns that the FEIS failed to consider:

a.    The impacts of climate change on the feasibility of and necessity for SPOT. MAR.0112363-65.

b.    The location of the tank farm is situated directly in the 100-year floodplain, making spills and leaks significantly more likely than discussed. MAR.0112360-62.

c.    The effect of a potential spill on the tourism-based economy of the local area and impacts to local beaches. MAR.0124181-85.

25. In my capacity as Executive Director of Better Brazoria and an active member, I administer the group's Facebook page and comment frequently on important hearings and other opportunities to engage with the community and regulators on the Texas GulfLink Project. For example, on behalf of Better Brazoria, I shared information about our regular membership meetings, which frequently discussed the Texas GulfLink Project and held a meeting specifically focused on Texas GulfLink on September 13, 2024 in coordination with the Final Hearing. One of my concerns is that there was very limited information sent out to the public about this Project by the U.S. Coast Guard and MARAD during the environmental review process and there was insufficient outreach to Spanish speakers. MAR.0091977-91978. Our group tried to remedy this situation by knocking on doors and letting people know about the potential impacts of this Project and the public hearing. MAR.0091978.

26. As part of the environmental review process on the Texas GulfLink Project, in addition to my contribution to the comments submitted on behalf of Better Brazoria through its legal counsel, I also submitted comments on behalf of myself as a resident of Freeport on Texas GulfLink's environmental impact statements through regulations.gov.

27. During the environmental review process, I submitted several timely comments regarding Texas GulfLink's Deepwater Port License Application. MAR.0014831, MAR.0091976-78, MAR.0091461-64, MAR.0127964-69. Specifically, my comments raised a number of issues about the proposed Texas GulfLink facilities, including the following:

   a. The impacts to Freeport, an environmental justice community, and the Village of Jones Creek from flooding and climate change related to this Project. MAR.0091463, MAR.0091464.

   b. The public health impacts from degraded air quality related to this project in an area like Brazoria County that is already designated as nonattainment for ozone and the impacts from the proposed tank farm. MAR.0014831, MAR.0091463, MAR.0127965-67.

   c. Concerns about the shipping lanes operated by Port Freeport and potential interference with traffic from the deep water port increasing the potential for spills or collisions that could disrupt shipping cargo and intercoastal traffic for days or months, MAR.0014831, MAR.0127967.

   d. Impacts on local beaches, wetlands, and ecotourism in the area, MAR.019462-63, and

e.  The age of the 40-year old pipeline being repurposed for this project and its extension through wetlands, the Justin Hurst Wildlife Management and local beaches and the potential for pipeline leaks. MAR.014831.

28.   Better Brazoria, as CCACW, was also a signatory to comments submitted by Earthjustice and Sierra Club on behalf of several groups on August 29, 2024, MAR.112078-109, on November 29, 2022, MAR.0142127-74, and on January 22, 2021, MAR.0124227-613. These comments raised additional concerns about whether this project was in the national interest, the economic necessity of the project, potential environmental impacts, impacts to marine wildlife and endangered species, and oil spill risks. MAR.0142129-70, MAR.0112078-105, MAR.0124227-370.

### *My concerns about GulfLink.*

29.   I remain concerned that Texas GulfLink's potential air and water pollution from its onshore and offshore facilities will harm recreational areas in the vicinity of the pipeline as well as along the coastline. These areas include Bryan Beach and Surfside, where I often go to recreate (see images below).

*Figure 1: Aerial Photo[1]*



30. I typically go to either Bryan Beach or Surfside Beach approximately three to four times per month for walking, hiking, fishing, and bird watching. I intend to continue these recreational activities unless increased air and water pollution from the Texas GulfLink project negatively impacts my ability to do so.

31. I participate in beach cleanups and efforts to restore the dunes at the aforementioned beaches.

32. About three times a year when I am in the Jones Creek area, I will drive through the Justin Hurst Wildlife Management Area, located west of Freeport near Jones Creek in Brazoria County. The location of the Justin Hurst Wildlife

---

[1] Photo from Google Maps.

Management Area is outlined below in the picture below in while with the intersecting Texas GulfLink pipeline route designated in yellow.

***Figure 2: Texas GulfLink's Pipeline Route Shown in Yellow through Justin Hurst Wildlife Management Area Outlined in White[2]***



The proposed Texas GulfLink pipeline will run through this protected space for wildlife. I, along with Better Brazoria, have raised concerns about the potential impacts from the pipeline on wildlife and those that recreate in the area like myself. MAR.0014831; MAR.0124190-92.

33. I am concerned that a leaking pipeline (either onshore or offshore) or an oil spill in the Gulf originating from Texas GulfLink's facilities will result in

---

[2] Photo from Google Maps.

serious harm to the fish and bird populations in the areas that I frequently recreate, thereby reducing my enjoyment of these activities. MAR.0014831.

34. I am concerned that I will no longer be able to enjoy fishing in these local areas, such as the Quintana Jetty Pier, because of the risk of contamination in the fish as a result of additional petrol pollution due to the construction and operations of the Texas GulfLink facility in the immediate area. MAR.0014831.

35. I am also concerned that the beaches that I frequent in the area will be harmed by the increased presence of petrol products in the water, making walking and hiking less enjoyable, and restoration of the dunes pointless.

36. I am concerned that the new visual, noise, traffic, and air pollution impacts from the construction of the pipeline and onshore and offshore terminals will harm my enjoyment of recreational activities like walking and bird watching on the beaches that I frequent. MAR.0014831.

37. I plan to continue my regular visits to Bryan and Surfside Beach to fish and to participate in beach cleanups in the future. But if Texas GulfLink is allowed to be constructed and operate, my use and enjoyment of these areas will be harmed. I may visit these areas less frequently or not at all if the areas become degraded due to oil spills and construction impacts.

38. I have health concerns related to air and water pollution from Texas GulfLink.

39. I have worked in healthcare for 40 years and have become familiar with the health effects associated with air and water pollution.

40. I am aware that the onshore and offshore construction of Texas GulfLink and the additional very large crude carrier ship traffic that comes with it, will emit numerous pollutants, including nitrogen oxides, particulate matter, and volatile organic compounds into the ambient air.

41. I am aware that nitrogen oxides can harm the respiratory system and aggravate respiratory diseases. I also know that long term exposure to nitrogen oxides can cause asthma and increase susceptibility to respiratory infections.

42. I am aware of the negative effects particulate matter can have on the respiratory and cardiovascular systems. These effects include increased instances of lung disease, aggravated asthma, reduced lung functionality, irritation to the airways resulting in coughing and difficulty breathing, as well as increased risk of heart attack and irregular heartbeat.

43. I am aware that exposure to volatile organic compounds can harm health in many ways, including things such as eye, nose, and throat irritation, headaches, nausea, dizziness, and damage to organs.

44. I am aware that ozone pollution is not emitted directly from a project like Texas GulfLink but is formed in the atmosphere from precursor pollutants, such as nitrogen oxides and volatile organic compounds (VOCs). I am aware

that the Houston-Galveston-Brazoria region is in non-attainment for the federal ozone air quality standard and was recently downgraded to severe non-attainment for ozone. This means that Texas GulfLink will add even more harmful ozone pollution to our region which already is failing to meet federal air quality standards. I am aware that ozone pollution can harm health in many ways, including respiratory harms like asthma and COPD, as well as cardiovascular harms like heart attacks, strokes, and heart disease, among other impacts.

45. GulfLink has proposed new vapor control technologies to minimize VOCs offshore that have not yet been proven. I am concerned that these air pollutants and other harmful air pollution that will be emitted from the Texas GulfLink facility will exacerbate local air quality issues which will affect my health, the health of my family members, and the use of my residence.

46. I have raised twins, both of which have been diagnosed with asthma – likely a result of the existing pollution.

47. I have concerns regarding cumulative impacts of pollution and climate change.

48. Freeport is an environmental justice community. Its ability to resist the cumulative impacts of additional pollution and damage from increasingly powerful storms – a result of climate change, which is driven by fossil fuel

facilities like Texas GulfLink – is limited and already stretched beyond its capabilities.    MAR.0014831;    MAR.0112357-59;    MAR.0124154-58; MAR.0128318-21.

49.  Harm to the community of Freeport is a harm to myself considering that I would experience significantly less enjoyment of my life and property without my community.

50.  I am aware that Texas GulfLink will contribute significantly to greenhouse gas emissions. These emissions will worsen global climate change. MAR.0142129-70; MAR.00112086.

51.  The construction and operation of Texas GulfLink will increase levels of oil production and consumption, and associated greenhouse gas emissions for decades to come. MAR.0142129-70. This increased fossil fuel development would almost certainly not occur if Texas GulfLink were not built. Therefore, the construction and operation of Texas GulfLink leads to warmer seawater and stronger hurricanes along the Gulf Coast near Freeport, thereby threatening my home, property, and community with greater risk of catastrophic flooding damage.

52.  Texas GulfLink will only amplify fear of hurricanes and other climate disasters and environmental injustices within Freeport, taking a silent tax on

my well-being and the well-being of my fellow community members. MAR.0128326-28; MAR.0112363-66; MAR.0124175-79.

53.   A favorable outcome in the lawsuit brought by Better Brazoria would protect my interests by stopping the Texas GulfLink project from going forward. If Texas GulfLink's construction and operation is stopped the increased risk of harm to my health, the health of my family and community, as well as the risk of harm to our recreational and property interests will be prevented.

54.   The approval of Texas GulfLink is particularly concerning as MARAD has already approved another DWP in the same application area, also impacting Brazoria County, called SPOT. MAR.0124165-67; MAR.0112343-56; MAR.0128324-25; MAR.0124584-87.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __01__ day of __October__, 2025.

*Melanie Oldham*
Melanie Oldham
Founder and Executive Director,
Citizens for Clean Air & Clean Water
in Brazoria County, Texas
d/b/a Better Brazoria

# TAB 4

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| CITIZENS FOR CLEAN AIR AND CLEAN WATER IN BRAZORIA COUNTY, TEXAS, <br><br> *Petitioner,* <br><br> *v.* <br><br> U.S. DEPARTMENT OF TRANSPORTATION, et al., <br><br> *Respondents.* | Case No. 25-60202 |

**<u>DECLARATION OF SUE PAGE</u>**

Pursuant to 28 U.S.C. 1746, I, Sue Page, hereby declare as follows:

1.  My name is Sue Page. I am of legal age and competent to give this declaration, and all matters in this declaration are based on my own personal knowledge unless otherwise specified.

***I am a long-time resident of the Village of Surfside Beach, Texas.***

2.  I live in Surfside Beach, Brazoria County, Texas. I have lived there for five years.

3.  I am a member of Citizens for Clean Air & Clean Water in Brazoria County doing business as Better Brazoria ("Better Brazoria"). I joined Better Brazoria

because of their engagement on the SPOT Project over the last several years, and because of my concerns over the Project's adverse impacts to my home, livelihood and the character of the Surfside community.

4.   I am also a member of several environmental protection and conservation organizations, including the National Audubon Society, Save Our Beach Association, Defenders of Wildlife, Sierra Club, Texas Campaign for the Environment and The Nature Conservancy.

5.   I retired in 2021 from being a school superintendent. This area is where we've created our dream home, and we enjoy every aspect of living near and recreating on the Gulf's shores and waters. We frequently have family and friends who visit us to enjoy the area as well.

6.   I use the Gulf of Mexico ("Gulf") regularly for swimming, surfing, kayaking, and other water activities such as fishing. Our grandchildren play on the beach and in the water. I go fishing on average two times a month, kayak monthly, and paddle board when the weather and conditions allow. On average, I swim in the Gulf four times a week from April to October. I also walk or run on the beach daily, even during inclement weather. My husband, children, and grandchildren all enjoy our home on the beach. We play, swim, surf, build sandcastles, fish, and build wonderful memories. We deserve to have a safe, healthy environment. MAR.0091956. Every time I am on the beach, I pick up trash. I enjoy my time

recreating outdoors, as it is a peaceful place to relax and appreciate the world, and to remember our right and responsibility to care for it. I intend to continue to engage in these activities with the same frequency for the foreseeable future, as long as I can continue to enjoy the quality of the beach and waters.

7.    However, I live in the impacted area identified for the Texas GulfLink Project ("GulfLink Project"). The pipeline will transport crude oil from production sites in inland Texas to the offshore loading terminal in the Gulf of Mexico. I am very concerned that the GulfLink Project will compromise the quality of our community and the surrounding area. Family and friends who visit us will also be negatively impacted by this project.

### *My public participation with GulfLink.*

8.    I submitted comments on the GulfLink Deepwater Port License Application on December 5, 2022, July 18, 2024, July 26, 2024 via www.regulations.gov (Docket No. MARAD 2019-0093). MAR.0143311; MAR.0150981; MAR.0151019. On September 13, 2024, I testified at the Final Hearing on the Texas GulfLink Project. MAR.0091955. In my collective comments, I raised my serious concerns regarding this project's risks, including the risk to endangered species of sea turtles and birds; air, water, and noise pollution; the negative impacts to the quality of life; and many more legitimate concerns. MAR.0091955.

Page **3** of **9**

### *My concerns about GulfLink.*

9.  I am very worried about how construction and operation of this project will impact me. It has the potential to impact almost every aspect of my day-to-day life. There is only one roadway along the island where we live. That means access to our home will be continuously interrupted during construction while crossing the proposed pipeline area every time we enter and exit our home and travel within our community.

10.  The GulfLink Project will prevent me from enjoying my home and community as much as I used to, due to the nagging feeling of our health and safety being compromised by air and water pollution that will inevitably result from the onshore and offshore facility, connected pipeline, and other infrastructure.

11.  I feel like our community is being treated like the "guinea pig" as there is little, if any, precedent for such a massive deepwater oil export facility in Gulf waters; the companies will be learning how to make this massive network of connected oil infrastructure work as they proceed. This does not bode well for my community, given the track record of ongoing and massive spills from oil and gas infrastructure development throughout the Gulf.  Our fragile area cannot afford this type of trial. MAR.0150981. This project diminishes our quality of life and devalues both our environment and the wildlife who live in our community. MAR.0091956. Adding an onshore port storage facility, pipeline,

and offshore platform will increase the environmental burden for the people who live and enjoy the area for its real estate, recreational, and natural habitat. MAR.0091466. We will bear the brunt of the drilled Permian Basin crude and the foreign markets who will benefit from its purchase. MAR.0091466. Another industrial project such as this one will only exacerbate the pollution in our home environment. MAR.0150981.

12. The noise from the construction and then the subsequent structures will diminish our tranquility. Additionally, the air quality in Brazoria County is already poor, and this project will only worsen the pollution problem, threatening my health and the health of my community. Our air quality is already not acceptable according to national standards, and approval of a project such as this one will only exacerbate the unhealthy air quality. MAR.0091955. I do not want my neighbors, visitors, or myself to fall victim to illnesses and diseases that are directly or indirectly related to the effects of this project if approved. MAR.0091955.

13. Surfside is a small community with a number of industrial facilities already existing in the area. Our lives and properties are already at risk with limited first responder and warning system resources. Additional nearby facilities like the GulfLink Project, and the already-licensed Sea Port Oil Terminal ("SPOT") Project, will only exacerbate these dangers. Both projects exacerbate the air,

water, and noise pollution infiltrating our homes. It is the people of Surfside, and its flora and fauna, that pay the price of these projects. MAR.0151019. Our environment needs a rest from such pollution-causing operations. We need time to recuperate and to heal from the damage already caused in the area. MAR.0091466. Our area is like a body with a broken arm, and the proposal is saying the body is already broken, so go ahead and break the other arm. MAR.0091467. We don't need to be broken yet again and burdened with another project. MAR.0091467. Our current environment needs to be protected, nurtured, and allowed to fully heal from the ravages of the pollution that is already there. MAR.0091467.

14. I am also concerned about the safety impacts that the GulfLink Project will cause. The massive quantity of crude oil that will flow through the pipeline into the Gulf is distressing to me. It is particularly distressing because the pipeline will be underground. With the pipeline being underground oil leaks may be more difficult to detect, allowing them to pollute the water for longer periods of time. It is highly probable that a leak or spill will result from GulfLink and cause toxic chemicals to contaminate the water and air, with insufficient capacity to manage an incident or disaster. The inherent spillage, leakage, and litter caused by the GulfLink project will overwhelm our fragile ecosystem.

15. The length and extent of GulfLink's proposed offshore pipeline and deepwater port loading infrastructure will make it very difficult to detect the occurrence of a leak or spill disaster. Significant and irreversible harm could occur before a spill is even discovered. There have been spills and explosions from other projects in the area, and I worry GulfLink will cause the same devastating problems.

16. I am also worried about how the GulfLink Project will impact the many species that live and rely on the habitat in the region. I am a turtle patroller who helps locate and protect the critically endangered Kemp's Ridley turtle, which nests on the beach in Surfside. The Kemps Ridley turtle population is woefully small compared to manmade killers such as water pollution and air pollution. MAR.0091956. This project will only add to the devastation of the wildlife such as sea turtles. MAR.0091956. An oil spill would harm the many fish, birds, and turtles that live in the region. MAR.0091956. Additionally, the increased lighting will disrupt bird migration patterns.

17. I am very concerned about the impact the GulfLink Project will have on the local economy and community of Surfside, Texas. This project could devalue properties throughout the entire city. The community relies on tourism. Most of the neighbors on my street rent their homes to visitors during the warmer months. They use these rental properties for income as well as personal

enjoyment. This income source and the aesthetics that bring people to the area will only decline with the construction and operation of GulfLink.

18. In addition to Texas GulfLink, there is another similar deepwater export facility proposed nearby in the Gulf of Mexico called SPOT, which would similarly affect my home and the surrounding community. I live less than 1 mile from the location where the SPOT pipeline will enter the Gulf. Brazoria County is already overburdened by industrial projects, such as the nearby Freeport LNG project which had an explosion in 2022. The lights of the many industrial facilities brightly illuminate the area, and the sirens and noises from facility incidents and drills disrupt the tranquility of our community. Many of the same concerns that I have with the GulfLink Project, I also have with SPOT, which is planned even closer to my community.

19. Prior to the two deepwater port proposals, I had no plans to move. However, because of the risks to my health, safety, and the environment they pose, I have considered moving away from Surfside. Our community simply cannot take the burden of even one more fossil fuel industrial facility. With the addition of the proposed deepwater ports, I feel that the industry considers our lives in Surfside as worthless and expendable. MAR.0150981.

20. This lawsuit challenges many of the same issues that I have been concerned about since Texas GulfLink was initially proposed several years ago. A

favorable ruling could help protect my interests and alleviate my deep concerns about the project's risks and threats to myself and my community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __1__ day of __October__, 2025.

Sue Page
Member, Citizens for Clean Air & Clean
Water in Brazoria County, Texas d/b/a
Better Brazoria

**TAB 5**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

CITIZENS FOR CLEAN AIR AND
CLEAN WATER IN BRAZORIA
COUNTY,

*Petitioner*

*v.*

U.S. DEPARTMENT OF
TRANSPORTATION, et al.,

*Respondents*

Case No. 25-60202

<u>**DECLARATION OF DONNA ROBINSON**</u>

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.     My name is Donna Robinson. I am over 18 years of age.

2.     The information in this declaration is based on my personal knowledge, and the facts herein stated are true and correct.

*I am a long-time resident of the Village of Surfside Beach, Texas.*

3.     I am a Resident of the Village of Surfside Beach, Texas.

4.     Since 1997, I have lived in the Village of Surfside Beach or Surfside Beach, Texas. Locals also refer to our city as "Surfside."

5.    My current residence is located at 507 Bluewater Highway, Surfside Beach, TX 77541.

6.    Surfside is a very quaint, lovely, community with lovely people that live here. I like living in Surfside because it is beautiful.

7.    My home is a waterfront property on Surfside Beach. Because of ongoing erosion in the area, the beach now starts at my driveway.

8.    I enjoy going to Surfside Beach and moved to this area to live near the water. At my home on Surfside Beach, I personally enjoy bird watching, swimming, walking on the beach, sunbathing, and gardening around my beachfront property. I appreciate the biodiversity of the area and its marine wildlife, including the turtles, sharks, whales, dolphins, and birds. These natural areas are one of a kind and can never be replaced.

9.    My home is located approximately 7 miles from the deepwater port applied for by Texas GulfLink, LLC ("GulfLink") and my home is less than two miles from the Seaport Oil Terminal Project ("SPOT") where it hits Surfside Beach before it heads out to the Gulf of Mexico and the related deepwater ports. MAR.0091449. Because my home is surrounded by industry, the area around my home is often referred to as Cancer Alley. MAR.0091449.

10.    My home will be adversely affected by GulfLink and SPOT.

11.   The tank farm associated with GulfLink will be in a residential area. MAR.0127508. I am deeply concerned because portions of GulfLink are being put in residential areas. MAR.0127508.

12.   The map below shows the relative location between my home and both SPOT and GulfLink pipelines outfalls onshore. SPOT will be on one side of my home and GulfLink on the other. My home will be surrounded by deepwater port pipelines. My home is illustrated by the pink and white dot between the SPOT and GulfLink pipelines on the shore of map below.

*Figure 1: Map showing industry surrounding my home.[1]*



Figure 5.2-1: Cumulative Projects—Overview

---

[1] MAR.0077752.

*Figure 2: Map showing GulfLink & SPOT pipelines intersecting.[2]*



13. If both projects go forward, SPOT and GulfLink, pipelines will be on either side of my home. I am concerned about the cumulative impacts and increased risk of disaster if I am surrounded by pipelines.

14. SPOT and GulfLink are located very close together. I am concerned about the combined impacts from both projects because between ship traffic and hurricanes there is a high probability for disaster. MAR.0127881.

15. The onshore pipeline plans for Gulflink proposes over twenty miles of new onshore pipeline that will run through sensitive areas, including wetlands,

---

[2] MAR.0131608.

forest lands, Jones Creek, floodplains and the Justin Hurst Wildlife Management Area. These areas contain a wintering habitat for migratory birds and waterfowl and is a vital part of the tourist industry because it is a popular destination for birding, hunting, butterfly watching and fishing. MAR.0124337.

16. The onshore pipeline also runs under the Brazos River in the Brazos River Watershed. The Brazos River Watershed is a large waterbody that supplies freshwater inputs into the Gulf of Mexico near the GulfLink project area. Construction and operation of the pipeline could potentially increase the risk of heavily polluting these waterbodies if there was an oil spill, which is very upsetting because our drinking water is from Brazos River surface water. MAR.0124348.

17. I am very concerned because GulfLink is employing the most damaging methods of pipeline installation for 18 miles of onshore pipeline. This pipeline will run very near to my home, and GulfLink could use other less damaging methods. MAR.0124349.

18. Additionally, six miles of this pipeline will pass through the Justin Hurst Wildlife Management Area. MAR.0124354.

19. Not only that, but, all of the onshore pipeline will be in a 100-year flood zone. MAR.0124352.

20. The onshore storage tanks planned for Jones Creek will be placed in a residential neighborhood and have many associated risks. For example, local fire marshals lack the power to inspect or enforce so they cannot check to prevent potential fires. These tanks will be right in the middle of a community—2 miles or less from 4 different schools and churches in Jones Creek.

21. I am now retired, but I was dependent on income from the tourist industry visiting Surfside Beach for 10 years.

22. For a decade, I operated a small vacation home rental business by renting out my beachfront property. My rental business included this single, residential, rental property in Surfside that is located on the beach. I am intimately aware and have first-hand knowledge of how a disaster and additional pollution from an industrial project like GulfLink will adversely affect the tourism industry in Surfside.

23. When the BP spill happened, even 300 miles away, we had globs of oil washing up on Surfside Beach. Although that spill was 300 miles away, it affected our beaches. GulfLink is only 7 miles and this will ruin our beaches for years just like the BP oil spill ruined Louisiana shoreline and wetlands for years. The dolphin and fish populations were decimated. This is the first-hand experience that I have with industrial projects and disasters.

Page **6** of **21**

24.   Because it's an easily accessible sandy beach on the Gulf of Mexico, Surfside is a popular tourist destination in Brazoria County and the Greater Houston area. Surfside Beach publicizes our area as a tourist destination for the many attractions and water-based activities that it offers. The City of Surfside relies heavily on income from the tourist industry.

25.   At my rental property, I hosted people from all over Texas who came to the area for recreational activities offered near Surfside Beach, such as swimming, fishing, sunbathing, beach combing, bird watching, butterfly watching and walking. Surfside appeals to recreational athletes, sun worshipers, and nature lovers.

26.   I am actively engaged in activities to protect Surfside Beach. I help clean the beach almost every day. Because I walk the beach everyday, I am usually one of the first people to find globs of oil or other harmful impacts from industrial pollution. I attend City Council meetings and do my best to make people aware of situations like beach pollution and industrial projects that threaten our beach. Since my home is beachfront, I see the effects of industry before anyone else. The water is now only 100 feet from my doorstep because of the awful beach erosion.

27.   I regularly participate with Citizens for Clean Air & Clean Water in Brazoria County on environmental issues.

Page **7** of **21**

28. In 2021, I became a member of Citizens for Clean Air & Clean Water in Brazoria County. Originally, I got connected with this group through opposing the SPOT Project back in 2019.

29. From 2019-2020, there were 5 deepwater port projects trying to go through at the same time threatening Surfside Beach. Back in 2019, Melanie Oldham and I began sending out information on GulfLink to the community. I hosted meetings with Melanie on the 5 deepwater port projects. We have been fighting the SPOT and GulfLink projects together ever since.

30. Specifically, we've always been concerned that the GulfLink pipeline runs too close to the fairway by the Port of Freeport where the ships come in and out. This will increase the risk of accidents and vessel crashes.

31. I am also very concerned about the combined impacts of the two projects: SPOT and GulfLink.

32. I am concerned that GulfLink will cause adverse impacts to my home and the character of the Surfside community.

### *My public participation with GulfLink.*

33. I have engaged in the Public Participation Process on GulfLink.

34. Since 2019, I have been the administrator of the STOP SPOT Facebook page and have been very engaged on the SPOT Project because of the potential impacts on my home and other interests described above. Due to my ongoing

concerns and because both projects keep moving forward, the Facebook Page became STOP SPOT & GULFLINK: SAVE the GULF COAST.

35. I am also a frequent poster on the Facebook page for Citizens for Clean Air & Water. My posts often inform members of events going on in the local area, such as community meetings, public hearings, and issues at nearby facilities. For example, the reopening of Gladieux Metals Recycling, pollution concerns and the explosion at Freeport LNG in 2022.

36. I helped publicize information through Facebook about SPOT and GulfLink like community meetings, virtual meetings, and public comment opportunities. I additionally participated in the SPOT Fifth Circuit Appeal Cause No. 23-60027 as a member of Citizens for Clean Air & Clean Water. My concerns with SPOT and GulfLink are very similar given the similarities in the two projects and their adverse impacts to the local community.

37. Moreover, I have consistently participated in my individual capacity as a concerned citizen, preparing multiple comments regarding GulfLink's Deepwater Port License Application beginning in 2019. I began attending public hearings, providing comments, and submitting my own written comments via www.regulations.gov (Docket No. MARAD-2019- 0093) and I started signing-on in support of comments made on my behalf by organizations like Earthjustice and Sierra Club.

38. On December 16, 2020, I attended the Texas Gulflink Deepwater Port Virtual Public Meeting. During this hearing, I gave testimony that the tank farms will be located in a residential community that is "not environmentally safe for people." And, that the pipeline will run through the Justin Hurst Wildlife refuge. If the project leaks it will have widespread effects to the Gulf Coast, Freeport, Surfside, Jones Creek, Oyster Creek and will adversely affect the dolphin, turtle and pelican populations. MAR.127508-09.

39. On December 16, 2020, I additionally signed-on to a Request for Extension of the Draft Environmental Impact Statement Comment Period on Texas GulfLink LLC Deepwater Port License Application MARAD-2019-93. MAR.0111270-73. This Request for Extension explained that GulfLink is one of the first terminals of its kind that would allow the capacity to fully load multiple Very Large Crude Carriers. It also reiterated that many parts of the project could adversely impact the Surfside area. MAR.0111270-71.

40. On December 17, 2020, I attended the Texas GulfLink Deepwater Port Virtual Public Meeting. I testified that I work in the tourist industry that earns 3.4 billion to 4.5 billion dollars a year, and I am a homeowner on Surfside Beach, which will be negatively affected by GulfLink. The Deepwater Horizon oil spill affected many species in our region including 1,700 sea turtles and 930 dolphins and whales, the endangered piping plover and the black rail are both

species that are still recovering from the Deepwater spill. GulfLink will be bead for our island, Surfside Beach, the Justin Hurst National Wildlife Refuge, Brazoria County Wildlife Refuge, San Bernard Wildlife Refuge, and the Great Texas Birding Trail. I am concerned about continuous spills on pipeline routes, explosions, ship traffic, hurricanes, and disasters. I explained there is a high likelihood for disasters that could ruin the entire Gulf Coast and its wetlands and marshes. MAR.0127877–883.

41. On January 4, 2021, I signed onto comments as a Surfside Beach resident submitted by Earthjustice on the Clean Water Section 404 and Rivers and Harbors Act Section 10 Permit Application. GulLlink includes several concerning features including two onshore pipelines, a 200-acre crude oil storage terminal, and an enormous tank farm in a residential community. I am concerned about oil spills, increased greenhouse gas emissions, and impacts to waterways crossed by the pipeline. GulfLink has the potential to adversely impact local Texas communities, sensitive Texas ecosystems, the coastline and the Gulf of Mexico waters and will contribute to global climate change. MAR.0090932-91015.

42. I am quoted in an article published online by Earthworks dated February 10, 2021, expressing my concerns on how GulfLink will damage the Gulf and

hinder the Gulf's ongoing recovery from an especially bad hurricane season and the Deepwater Horizon oil spill. MAR.0130608.

43. On April 5, 2021, I signed-on to comments submitted by Sierra Club related to National and Frontline Community Concerns Regarding Deepwater Port Fossil Fuel Export Applications that Undercut the National Interest and the Administration's Priorities to Tackle Climate Change and Ensure an Equitable Transition to Clean and Sustainable Future. MAR.0130636-655.

44. I am quoted in an article published online by Earthworks dated December 14, 2021 related to my efforts to protect Surfside Beach from the SPOT project, which will not only have similar impacts as GulfLink—but together the Village of Surfside Beach will experience cumulative negative impacts. MAR.0130605.

45. On December 15, 2021, I signed-on to a letter to the Honorable Pete Buttigieg regarding community concerns. This letter references my concerns about the federal government approving 4 deepwater ports: SPOT, GulfLink, Bluewater, and Blue Marlin. Specifically, these deepwater ports will collectively lead to 345 million tons of carbon dioxide emissions per year, which is equivalent to over 89 coal plants operating each year. Our letter also questioned whether GulfLink is in the national interest and expressed concerns about the adequacy of the National Environmental Policy Act

review. Additionally, this letter referenced that SPOT and GulfLink have overlapping comment periods, and I am deeply concerned about the cumulative impacts from the two projects including greenhouse gas emissions, and both upstream and downstream emissions. MAR.0130630-35.

46.   On August 7, 2024, I submitted written comments on the Final Environmental Impact Statement. MAR.0151645.

47.   The following paragraphs summarize some of many of my concerns with GulfLink.

  a.  I am concerned that the construction and operation of GulfLink will place a massive burden on the local communities of Surfside and Jones Creek, the Gulf of Mexico's coastal and marine ecosystems, and the global climate. GulfLink is not in the "national interest." Our marine ecosystems and coastal communities are still recovering from the Deepwater Horizon disaster and GulfLink poses additional catastrophic risks to our local health, economy, and marine life.

  b.  GulfLink puts endangered species at risk like the Black Rail and the critically endangered Kemp's Ridley sea turtle. These species are vital to our coastal ecosystem and irreplaceable.

  c.  Our local community already suffers from heavy pollution burdens, and GulfLink poses a risk for more air pollution emissions—where our

region is already classified in nonattainment for EPA's health-based air quality standards for ozone, and Nitrogen Dioxide emissions. GulfLink's emissions will be in addition to LOOP and SPOT, which are both already permitted to pollute our region and release harmful air emissions.

d. 2020 was a record storm season for the Gulf and our coastal communities were devastated with flooding from storm surges. GulfLink will have direct and indirect adverse impacts due to its greenhouse gas emissions.

e. It is widely understood that crude exports are driving the rapid increase of oil and gas drilling in the Permian Basin—oil that could otherwise be left in the ground. MARAD must analyze the full lifecycle climate impacts of oil drilling, transportation, refining, and consumption that would result from this project.

f. GulfLink's Environmental Impact Statement fails to consider pollution impacts from existing oil and gas infrastructure.

g. Our local community is at ground zero for the impacts of climate change, including sea level rise, increased frequency and intensity of extreme weather events, and loss of critically protective wetlands. The Texas coastline is eroding at an average rate of 2 to 10 feet per year,

and Freeport is experiencing sea level rise at a rate of 17 inches per 100 years. MARAD did not comprehensively consider these impacts.

h. The project is not in the national interest and imposes too many risks and burdens on our Gulf Coast communities and ecosystems.

48. On October 18, 2022, I attended a virtual public hearing on the Supplemental Draft Environmental Impact Statement for GulfLink, and I gave comments. I explained that my home is less than 10 miles away from these two deepwater port projects: GulfLink and SPOT. If GulfLink goes forward, it will have devastating affects on the local community. GulfLink's impacts include: air pollution, potential for an oil spill damaging the Kemp's Ridely turtles, dolphins, and whales. All of these creatures are still recovering from the Deepwater Horizon oil spill. MAR.0091448-51.

49. On October 18, 2022 and November 30, 2022, I submitted written comments on the Supplemental Draft Environmental Impact Statement and attachments. MAR.0139445; MAR.0142609.

### *My concerns about GulfLink.*

50. I am aware that Citizens for Clean Air and Clean Water has filed an appeal of the record of decision relating to GulfLink and hope that this lawsuit will address the concerns I have raised about the combined impacts of GulfLink and SPOT, if both projects are approved and go forward.

51. I am concerned about the impacts of GulfLink on my property and economic interests.

52. My home is located approximately seven miles from the GulfLink pipeline and is directly adjacent to the beach, so any harm to the ocean water ends up directly on my doorstep. One of my main fears is another spill like Deepwater Horizon, during which 210 million gallons of crude oil spilled into the Gulf of Mexico, killing marine life and blackening shorelines.

53. I am concerned about the harm that a potential spill or leak could have on the value of my home.

54. A potential spill or leak as projected in the Final Environmental Impact Statement could have long-term impacts on my neighborhood, my community, and the ability to utilize this area for residential and recreational uses. It will destroy Surfside's reputation and interest as a tourist destination.

55. I am aware that part of GulfLink's construction will require drilling on the seafloor to lay the pipeline. Because I live within miles of the area where the pipeline will be installed onshore and immediately offshore, I am concerned there will be disruptions to the use and enjoyment of my property during the construction and laying of the pipeline. The construction noise, activity and light along the pipeline route is likely to interfere with the use and enjoyment of my property as a residence.

56. Already, the ships and barges generate noticeable noise and vibrations, the drilling from the construction will make this significantly worse.

57. This construction will affect my property in multiple ways. The ships will create significant noise and light pollution that will affect my enjoyment of my property.

58. I am aware that GulfLink will contribute significantly to greenhouse gas emissions from the production and consumption of oil it will export for several decades. These emissions will worsen global climate change.

59. I am aware that climate change has already contributed to rising sea levels and the erosion of beaches in the Surfside area. When I first moved into my home, the beach was approximately a quarter mile from my driveway. Today, there are high tides that reach all the way to my driveway. Many other homes in the area have had to be relocated as the beach has continued to erode in this area.

60. I am aware that climate change has led to warmer water in the Gulf of Mexico, thereby making storms such as Hurricanes Ike, Harvey, and Nicholas more severe and more frequent.

61. The erosion of the beach as well as the frequency and severity of storms in the area, all of which is a result of climate change, have made me question how much longer it will be safe to remain at my home in Surfside. GulfLink and

the oil production and consumption it will induce will only worsen these conditions.

62. I am concerned that GulfLink will impact my recreational interests.

63. I frequently go swimming at the beach near my home. I go for walks on the beach and sunbathe. I tend to my outside garden. I also hike and birdwatch in the surrounding area, particularly at the Surfside Bird and Butterfly Trail.

64. I participate in these recreational activities almost every day.

65. If contamination to the soil and/or water occurs as a result of a spill or other release during the construction or operation of GulfLink and its associated pipeline, I would get significantly less satisfaction out of the activities. Or, I may be forced to stop engaging in some of these activities altogether, depending on the severity of impacts.

66. I am concerned about the impacts of GulfLink on my health.

67. I am aware that the increased ship traffic associated with the construction of the GulfLink pipeline and the additional ship traffic from Very Large Cride Carriers due to GulfLink's operations, will emit numerous pollutants, including nitrogen oxides, particulate matter, and volatile organic compounds into the ambient air. I am especially concerned about GulfLink because of its proximity to SPOT. These two projects are very close together which means

an increased likelihood of accidents and subsequent releases into the ocean affecting my home and local community.

68. I am aware that nitrogen oxides can harm the respiratory system and aggravate respiratory diseases. I also know that long term exposure to nitrogen oxides can cause asthma and increase susceptibility to respiratory infections.

69. I am aware that exposure to volatile organic compounds can harm health in many ways, including things such as eye, nose, and throat irritation, headaches, nausea, dizziness, and damage to organs.

70. I am concerned that emissions from GulfLink will contribute to local air quality issues, which will affect my health and the use of my residence.

71. I am mentally exhausted from having to constantly worry about the effects of air and water pollution on my physical health.

72. GulfLink will likely impact the local community events that I frequently participate in with my friends.

73. Every month the Surfside community sponsors some activity that involves the outdoors. These activities include historical society events, group hikes, and marathons. I participate in these events approximately once or twice per month, often as the official photographer. I plan to participate in these events just as frequently in the future unless the events become less frequent, due to the effects of GulfLink's construction and operation.

74. I am concerned that leaks from the pipeline, additional air emissions from the GulfLink terminal, and additional ship traffic will have a negative impact on these community events.

75. I am concerned for the health and well-being of my many friends and neighbors in the Surfside community. I am especially concerned for those that live on the beach, like I do, and those that live closer to the pipeline and in Jones Creek next to the proposed tank farms.

76. I am aware that the Freeport area is home to many other fossil fuel facilities and chemical plants.

77. I am concerned about the compounding effect of the various air and water pollutants that would result from the SPOT and GulfLink projects and would be on top of existing pollution sources, that would directly and adversely impact Surfside.

78. I will now have pipelines on either side of my home. One associated with SPOT and one associated with GulfLink. This is very concerning and stressful to me.

79. I am concerned that a catastrophic failure at the GulfLink pipeline could have dramatic ripple effects on surrounding, connected infrastructure that could lead to widespread devastation for the area. Specifically, a large oil spill would have long-term impacts on water quality, recreational activities, tourism,

fishing, and other beach-related activities that would destroy my use and enjoyment of my beachfront property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25 day of September , 2025.

Donna Robinson
Member, Citizens for Clean Air &
Clean Water in Brazoria County,
Texas d/b/a Better Brazoria