## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 12, 2026

The Honorable Chuck Grassley
President pro tempore of the United States Senate
United States Senate
Washington, DC 20510

The Honorable Mike Johnson
Speaker of the U.S. House of Representatives
The House of Representatives
Washington, DC 20510

No. 25-60202    Citizens for Clean Air v. TRAN
                Agency No. MARAD-2019-0093

Pursuant to the judicial conference long range plan for the
federal courts, we forward to Congress the opinion in this case
that may point out possible technical problems in statutes.

Enclosed please find an Opinion of the United States Court of
Appeals for the 5th Circuit, which may be of interest to
Congress.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Amanda M. Duroncelet*
Amanda M. Duroncelet, Deputy Clerk
504-310-7636